UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Jamie Algee and Delmar Algee, in their capacity as parent and guardian of minor student, L.A.,<br><br>Plaintiff,<br>vs.<br><br>TACOMA PUBLIC SCHOOLS,<br><br>Defendant. | Case No.: 3:23-cv-05012-JLR<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

Considering the foregoing Unopposed Motion to Dismiss with Prejudice (Dkt. # 6) filed on behalf of Plaintiffs, Jamie Algee and Delmar Algee, in their capacity as parent and guardian of minor student, L.A.,

IT IS HEREBY ORDERED THAT the entirety of the captioned matter against Defendant Tacoma Public Schools be and is dismissed with prejudice.

Dated this 9th day of March, 2023.

_____
JAMES L. ROBART
United States District Judge

~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE- 1
3:23-cv-05012-JLR

**Cedar Law PLLC**
113 Cherry Street, PMB 96563
Seattle, WA  98104-2205
info@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101

Presented by:

CEDAR LAW PLLC

_____
Lara Hruska, WSBA No. 46531
113 Cherry Street, PMB 96563
Seattle, WA 98104-2205
(206) 607-8277
lara@cedarlawpllc.com
Attorney for Plaintiffs

~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE- 2
3:23-cv-05012-JLR

**Cedar Law PLLC**
113 Cherry Street, PMB 96563
Seattle, WA  98104-2205
info@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101